IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CHAMBERS
U.S.D.C. ROME
Date: May 05 2021
JAMES N. HATTEN, Clerk
By: s/Kari Butler
Deputy Clerk

DANIELLA AGUILAR,

    Plaintiff,

v.

RENT-A-TIRE, L.P.,

    Defendant.

CIVIL ACTION FILE

NO. 4:21-CV-0016-HLM-WEJ

## ORDER

On May 4, 2021, the parties filed a Joint Motion to Stay Proceedings Pending Arbitration [10], stating that the claims set forth in the Complaint [1] are covered by a written mutual agreement to arbitrate. For good cause shown, the Court **GRANTS** the Joint Motion to Stay and **DIRECTS** the Clerk to administratively close this action.[1]

**SO ORDERED**, this 5th day of May, 2021.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Administrative closure is a docket control devise that does not prejudice the parties in any way. The Court retains jurisdiction over the case and any party may move to reopen it if necessary.